**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RIO VISTA VENTURES, LLC,** | Case No. ED CV 17-7555 DMG (KSx) |
| **Plaintiff,** | |
| v. | **JUDGMENT** |
| **D & A DISTRIBUTORS,** *et al*, | |
| **Defendant.** | |

1  This Court having granted Plaintiff's motion for default judgment [Doc. # 24] on
2  September 18, 2018,

3  IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff Rio Vista Ventures LLC and against Defendants D & A Distributors, a partnership; Mauricio Espinoza, individually and doing business as D & A Distributors; and Guadalupe Salvador, individually and doing business as D & A Distributors as follows: $100,705.15 in unpaid trust assets, taxable court costs in the sum of $706.37, attorneys' fees in the amount of $6,223.11, and contractual pre-judgment interest in the amount of $30,648.74, for a total judgment amount of $138,283.37, plus post-judgment interest at the rate set forth by 28 U.S.C. § 1961.

DATED: September 18, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE