WHEN RECORDED MAIL TO:
Lawrence H. Meuers
Meuers Law Firm, P.L.
5395 Park Central Court
Naples, FL 34109

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIO VISTA VENTURES LLC, a California limited liability company d/b/a as GIUMARRA OF NOGALES<br><br>PLAINTIFF(S),<br>v.<br><br>D & A DISTRIBUTORS, a partnership, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 5:18-cv-00740-DMG-SP<br><br>ABSTRACT OF JUDGMENT/ORDER |

I certify that in the above-entitled action and Court, Judgment/Order was entered on September 18, 2018 in favor of Rio Vista Ventures, LLC
whose address is 1601 E. Olympic Blvd., Bldg. 400, Ste. 408, Los Angeles, CA 90086
and against D & A Distributors, a partnership; Mauricio Espinoza, individually and doing business as D & A Distributors, and Guadalupe Salvador, individually and doing business as D & A Distributors
whose last known address is See attached Exhibit "A"
for $ 100,705.15        Principal, $ 30,648.74        Interest, $ 706.37        Costs,
and $ 6,223.11        Attorney Fees.

ATTESTED this   16th   day of   OCTOBER   , 20 18.

Judgment debtor's driver's license no. and state;                (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number;                        (last 4 digits) ☑ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends

Judgment debtor's attorney's name and address and/or address at which summons was served:

D&A Distributors-4937 Beck Ave, Unit B, Bell, CA 90201
Mauricio Espinoza-4937 Beck Ave, Unit B, Bell, CA 90201
Guadalupe Salvador-550 N. Figueroa St., Apt. 407
Los Angeles, CA 90012

CLERK, U.S. DISTRICT COURT

By _____
            Deputy Clerk

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

G-18 (03/12)                ABSTRACT OF JUDGMENT/ORDER

# EXHIBIT A TO ABSTRACT OF JUDGMENT

**Creditor:**   **Rio Vista Ventures, LLC**
**a California limited liability company d/b/a Giumarra of Nogales**
P.O. Box 861449
Los Angeles, CA 90086

**Debtors:**   **D & A Distributors, a partnership**
4937 Beck Avenue
Unit B
Bell, CA 90201

and

**Mauricio Espinoza, individually and doing business as D & A Distributors**
4937 Beck Avenue
Unit B
Bell, CA 90201

and

**Guadalupe Salvador, individually and doing business as D & A Distributors**
550 N. Figueroa Street
Apt. 407
Los Angeles, CA 90012